Good afternoon. My name is Jackie Crawford, and I'm the chair of the Center for the Deaf and Hard of Hearing. I'll be your co-presenter in a few moments. As a first, I'd like to start with a briefing. So, this means that several arguments have come up in the past year in which people have argued that deaf people are not safe for work. And so, we want to hear from you today and share with you some of the knowledge and some of the responses that people have received. However, it's important for us here at the Center to consider a few of the arguments we have referred to this year. So, this speech is intended for you on issues such as what are the implications of the experience, how is it caused, and to what extent are you involved in this? There's a number of institutions and issues. There's always the fact that you are working to determine if the situation is safe or not. So, it's important for you to understand why you yourself are in this role. Because you are in this role. And there are some instances that you have sought out in this role. Some of these are very unique instances. Some of them are very unique. And I'm not talking just about you. I'm talking about you as an individual, as a person, in your position as a human being. I'm not talking just about you. I'm talking about you as a person. In the proceedings below, she argues, we need to be more aware of the hardship that has been experienced in this process. So, she says, I did not wish to compile the hardship that has been experienced in this great court with the intention that it should be the record of an independent act of all the courts of the United States of America, and that it should not be tabored. And she asks the hardship that has been experienced in this great court, and she did not wish to tabor the hardship that has been experienced in this great court.  I did not wish to tabor the hardship that has been experienced in this great  and she did not wish to tabor the hardship that has been experienced in this great court. And she says, the reason that we did not tabor the hardship that has been experienced in this great court is because it is not fair and it would be an insult to the faculty of the process. The federal history court, the headquarters, the administration, and the board of years, are all over in here hearing the history of our history and our traditions in this great court. It is necessary for you to be here in this part of compensation Thank you. Thank you. This is part of the fair. One of our partners, the Parchment Center, is one of our other partners. And we believe that in these particular instances, there's actually so many things to learn. And it's really great to have you here today. I think that's a great question. I think that's a question we want to be looking at, and we want to encourage what we can do to be able to help other people. As we mentioned before, I'm interested in your report. Can you tell us a little bit about the role that you play in this case? She's not allowed to teach, to hire, or to present evidence. What do you need to do to support her? You're talking about her household, her parents, her child, her mother, and her family. So she needs to be engaged in helping people in her work. I think there's a lot for each other. I think the first is where we all agree. So I think the key to it is in some ways the foundation of the case is that we know that basically the development is about the community. Not just the evidence that's being presented. I think the first thing is that it's very case-based. All of these colleges have a lot of high-performance teachers, many of whom are just teachers. And I think it's very case-based. And we all need to put on high-level social workers and mental health teachers. I have a couple of thoughts. First of all, as your administration has pointed out, there are many people at the level that we hope we can bring together on this. There's a lot of information that goes into it. And the reason that you should actually be an expert is because you have to appreciate the high-performance teachers. And there's a lot of people who have the quality of care that they have. There's a lot of identities that are completely false and corrupted. And there's a lot of interesting pieces to provide. And ensuring that you have access to all the information required for these kinds of presentations. So, thank you. Well, it's been almost 30 years that we've been doing this. And it's been pretty good. We've been doing 36 years in subsequent years. And we're very proud of the results. So, thank you very much. Thank you. And what I'm talking to you about is, you know, how do we get access to all the information to provide the best information? And to ensure that you have access to the content that you have to share. And, you know, this is an issue. And this is an issue of information that is being developed through a series. So, please be very active. And, you know, there's a lot of relevance to this issue. I think this is for sure. Because many of the systems that we're using for our content have been, you know, reset. And, you know, we've seen lots of, you know, some shops, you know, some brands, you know, have not changed. But, you know, I didn't argue anything as far as the questions. You know, it's my understanding, or at least mine's been that, you know, it's more closed minds or it's more of the teacher versus the client, that they still have to share questions. You know, there are more teams. I understand that that's more closed. But, you know, the way that you can put the, you know, that's why I'm going to argue that in this case, the claims that were presented are insufficient. And I don't think it does any good. That's correct. Now, why aren't you using communications at all? That's correct. You're not using communications at all. That's correct. You're right. I think that was the judgment that we had to make. And it's a person's right to argue that. We should at least be charged by the client's claims rather than we, you know, I think this is a case that we need to do, which is also that in cases where there's no doubt about the correct answer, we will entertain, and we will sometimes decide in cases that are deciding issue versus direct complaint. But you can't do that. You can't work in front of the person. I think you're right. You do make findings on each one of these things. That's for sure. I make findings as well. That's the question. That's why I asked the question. I think you did not help us out. We don't need to bother with the way that we're dealing with the issues here. In the court of life, I think I've touched on a series of issues, particularly about as far as the person claims, when it comes to the felon's charges. In the position of this case, I'm concerned that it was a case where the appeal jury considered or it was presumed, that there was an opportunity to conduct a Martinez v. Ryan versus Ryan case. I don't know. I don't know if I can claim to touch most of that process, but I think if you're reading the Martinez versus Ryan, I think it's not just a rule. It's sort of a system of claims. Was that the initial cause? The initial cause was that the claim was substantial, and either you had counsel that would have that vote, or you had an opportunity for counsel, and counsel wasn't going to do it. And then you said it's actually prejudice. And I think that's what was a probe. He uncaused a lot of what we're dealing with, actually. And then, I think that's what was actually a prejudice. Under either analysis, there was a constitutional fault. He didn't, in your view, he didn't have any reason to say that the claim was an issue. He didn't have any reason to argue that it was a crime. Right. That's right. He didn't go to court. He didn't go to court. He didn't cause any problems. He didn't come to a decision. So he considered or he didn't conclude that it was an issue. He didn't intervene when we thought it was due to prejudice. He didn't do that. He called the falsity because of the fact that you were told to not to open files you didn't want to open lived a better life, if you thought about campaign policies and issues. He was committing his clauses, and he was using the procedure to call for things he did not want to do. I was looking at the transition. We had all the rights, and at that stage, I have the files, and I assume that we had all the cards and she was using them. That's why I speak for him, because he could not find it, because of the fact that the files were not turned over. He called those preclusions because he didn't have the right to assume that he was in a position to do that. And he's got a lot of money. He said he didn't do it due to prejudice. He didn't get a raise because he was a trans man. Why didn't you do it? You didn't do it due to prejudice. Why didn't you do it? Well, he certainly brought prejudice, right? You don't necessarily have to say, we want to talk about prejudice, right? He said he didn't do it. Why? That's why I'm thinking of some of our teams, too, often, are either, I think, judging someone who has a disorder, often prejudice-analysis would still exist. What do you think he seems to say, basically, about prejudice-based discrimination? I don't think it mostly exists. I mean, only for the extent that they ever asked, especially before we go back and say, look, you are prejudiced. Those are questions. Are there any hidden rights for prejudice? Are there any hidden rights for prejudice on prejudice-based discrimination? Other than that, I'm just trying to find additional ways for consciousness to exist. Any other questions? I have one. Okay. This book is, I can't remember. I forgot. It's the first book. I believe, a post-conscious statement, briefly, that the standard is DRS. What does that mean? Does it mean, well, I have to show up to a meeting, or I have to show up at a meeting, that it's not a consciousness, or you have to show that it wasn't consciousness, and I think that's exactly what happens in the world of the courts, for instance. Neither of those claims stand out. Specifically, a lot of the way this is testified, both as to the first thing, that the defendant was there at the end, and the defendant himself knew that he was there, and secondly, in regards to, secondly, both of the things you said, well, the defendant knew he was there, and it was a conversation, for instance, the way you were guiding the fact that a lot of the defense that was going to the court was before people's phone calls, was trying to pump people's information about who ran some cops on tape, plus, do you know if Ryan is there, so then, I don't think it helps if you put some sense of quality on some of the charges. With regards to suppression of the statement, in motion, or in the position, the court, or the petitioner, said that, during the correct motion, they said that, the statement by itself doesn't have the secrecy of a motion, and it seems to me that certain people, most of them, have an interest in receiving comments or extracting statements, and this is essentially suppression of a statement, or indication of the jurors who are involuntary in reaching a decision, or the result of their most favorable outcomes in a particular institution. They sent it for a course in terms of students, and it is still in work. They said that, they were forwarding information. Those of you who have a question, please send it in, and anything you would like to do is to try to support this, which is that, it's a statement from the defendant on your cross-examination. So, you need to see just how you want to cross-examine, but you need to stay up to date on why, and what else they should have done, or how these jurors would turn out in this case. It's nothing more than a derogating claim, that's what the claim is, in a sense. With regards to the third claim, I'm going to go ahead and move forward. Charlie Mudd, I just need to check with you. I just need to see in terms of the state of the record, she will send you. There's a picture of the record. You can see, I remember, the record states, which I'm not sure if the audience understood, the plaintiff said that she has three records. That's three, and now we have the first, that the plaintiff said. Your Honor, I still think this is a multiple question, based on the court, and it's important to say the jury versus the plaintiff. So, I'm not going to go for those considerations. The jury versus the plaintiff, it was a question as to whether or not it's warranted by members of the community and the members of the individuals. The question wasn't answered, the state wasn't going to answer it. So, I can't really just go for those. The next thing, the argument was struck because it failed to clarify what the statute of limitations was, where it states, well, it says, but we'll see. So, what we need to do is look at the bill and see if there are things that we can do to support it. Right now, what we're looking at is not a constitutional amendment. I don't understand the face-to-face argument. I mean, what we're looking at is whether there was any past possibility that those exemptions existed and were justified. Now, what was on the exchange? Again, based upon, um, I don't, I mean, there's even one that, there's three of them that I don't belong to. So, again, it's not the question and the answer to it, it's all going to be the police association or what's in the interest there or, you know, what's in the interest   I don't think that there's any possibility that there was any past possibility that there was any past possibility that there was any past possibility that there   past possibility   was   possibility that there was any future possibility of me being area associate at this time. Okay, so the reason we filed this petition was because we didn't have the opportunity to raise awareness about this issue. We didn't have the opportunity to raise awareness about this issue. The reason we filed
judges: Gould, Berzon, Tunheim